THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN SWARTZ, Appellant.

Argued January 8, 1940; decided January 23, 1940.

*Ray F. Fowler* and *Millard H. Ellison* for appellant.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for respondent.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for City of New York, *amicus curiæ.*

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.